UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 2:20-cv-06021-CJC-GJS | Date | September 27, 2023 |
|---|---|---|---|
| Title | Bobby Harris v. Nissan North America, Inc. | | |

Present: The Honorable   CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

| Daniel Tamayo for Rolls Royce P. | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the plaintiffs that this action has been resolved by a Stipulation of Dismissal [71], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

\_\_\_\_\_ : \_\_\_\_\_

Initials of Deputy Clerk   dt